UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ADAN GONZALES PENA, FELIPE CONCEPCION PENA, comprised thereof,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF TOPPENISH, a municipal corporation organized under the laws of the State of Washington; STEVE ARAGUZ and JANE DOE ARAGUZ, husband and wife; and the marital community comprised thereof; and JOHN and JANE DOES 1-10,<br><br>    Defendants. | NO. CV-11-3078-EFS<br><br>**ORDER GRANTING THE PARTIES' STIPULATION FOR ORDER OF DISMISSAL** |

By Stipulation filed October 4, 2011, the parties agree that the above-titled cause of action can be dismissed with prejudice and without costs or attorneys' fees to either party. ECF No. 8.

Based on the parties' stipulation, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation and Order of Dismissal, **ECF No. 8**, is **GRANTED.** The above-titled cause of action is **DISMISSED WITH PREJUDICE** and without fees or costs to either party.

ORDER * 1

   2.   This file shall be **CLOSED**.

   3.   All hearings are **STRICKEN**.

   **IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and provide copies to counsel.

   **DATED** this ___5th___ day of October 2011.


                              S/ Edward F. Shea
                              EDWARD F. SHEA
                        United States District Judge

Q:\Civil\2011\3078.stip.dismiss.lc2.wpd

ORDER * 2